Case 1:25-cv-00313   Document 4   Filed on 12/09/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 09, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NICOLAS O. T.[1], §<br>   Petitioner, §<br> §<br>v. §<br> §<br>U.S. DEPARTMENT OF HOMELAND §<br>SECURITY (DHS), *et al.*, §<br>*in their official capacities*, §<br>   Respondents. § | CIVIL ACTION NO. 1:25-cv-313 |

### ORDER TO SHOW CAUSE PURSUANT TO 28 U.S.C. § 2243

Before the Court is Petitioner Nicolas O. T.'s "Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241" (Dkt. No. 1). Petitioner, a Chilean national, claims his continued detention violates the Immigration and Nationality Act; his right to due process under the Fifth Amendment of the U.S. Constitution; and the Suspension Clause. *Id*. at 18, 28, 30.

Petitioner's allegations raise a genuine question as to whether his continued detention violates federal law and the U.S. Constitution. Because it does not plainly appear that Petitioner is not entitled to the requested relief, the Court must "forthwith award the writ [of habeas corpus] or issue an order directing the respondent to show cause why the writ should not be granted[.]" 28 U.S.C. § 2243.

Accordingly, pursuant to 28 U.S.C. § 2243, Respondents are **ORDERED** to show cause why the writ of habeas corpus should not be granted **no later than 20 days after service upon Respondents** of this § 2241 petition. If Petitioner chooses to file a reply to Respondents' response to this order, Petitioner must do so **no later than 15 days** after receiving Respondents' response.

At this time, the Court finds good cause exists to forego setting a hearing until the issues in the case are fully briefed.

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

Signed on December 9, 2025.

                                                                                                                                                                                  *Karen Betancourt*
                                                                Karen Betancourt
                                                               United States Magistrate Judge