United States District Court
Southern District of Texas

**ENTERED**

March 12, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NICOLAS O. T.[1], | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-cv-313 |
| | § | |
| U.S. DEPARTMENT OF HOMELAND | § | |
| SECURITY (DHS), *et al.*, | § | |
| *in their official capacities*, | § | |
|     Respondents. | § | |

## ORDER TO SHOW CAUSE FOR LACK OF RESPONSE

The Court previously ordered Respondents to show cause why Nicolas O. T.'s Writ for Habeas Corpus should not be granted. Dkt. No. 4. The Court set a response deadline for 20 days after service of the Petition. Dkt. No. 4. Petitioner filed a status report to the Court representing that Petitioner served the Petition on Respondents. Dkt. No. 9. To date, the Court has not received a response.

To further facilitate the progress of this case, the Court **ORDERS** Respondents to **SHOW CAUSE** as to why they failed to adhere to the response deadline by **no later than March 26, 2026**. Respondents shall also file the response ordered at Docket Entry No. 4 by **no later than March 26, 2026**.

The Clerk of Court is **DIRECTED** to deliver copies of the petition (Docket Entry No. 1) and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov.

Signed on March 12, 2026.

*Karen Betancourt*

Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.