United States District Court
Southern District of Texas
**ENTERED**
April 14, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

|  |  |  |
|---|---|---|
| NICOLAS JACOB OSORIO TORO, <br> "Petitioner," | § <br> § <br> § <br> § | |
| v. | § <br> § | Civil Action No. 1:25-CV-00313 |
| U.S.  DEPARTMENT  OF  HOMELAND SECURITY (DHS), *et al.,* <br> "Respondents," | § <br> § <br> § <br> § | |

**ORDER**

Before the Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), Respondents' "Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (Dkt. No. 13) ("MSJ"), "Report and Recommendation to Grant Petitioner's Habeas Petition in Part" (Dkt. No. 16) ("Report and Recommendation"), and "Objections to Dkt. No. 16" ("Objections") (Dkt. No. 17).

After a *de novo* review of the file, the Report and Recommendation (Dkt. No. 16) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's Petition (Dkt. No. 1) is **GRANTED in part**, and Respondents' MSJ (Dkt. No. 13) is **DENIED as moot**. Respondents are **ORDERED** to cease applying 8 U.S.C. § 1187 as a basis to detain Petitioner and are **ORDERED** to submit a status update affirming that Respondents have either released Petitioner or detained him only under 8 U.S.C. § 1226(a).

SIGNED this April 14, 2026

_____
Rolando Olvera
United States District Judge

1 / 1