United States District Court
Southern District of Texas

**ENTERED**

April 16, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

|  |  |  |
|---|---|---|
| NICOLAS JACOB OSORIO TORO, "Petitioner," | § § § § | |
| v. | § § | Civil Action No. 1:25-CV-00313 |
| U.S. DEPARTMENT OF HOMELAND SECURITY (DHS), *et al.,* "Respondents," | § § § § | |

## ORDER

Before the Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), Respondents' "Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (Dkt. No. 13) ("MSJ"), "Report and Recommendation to Grant Petitioner's Habeas Petition in Part" (Dkt. No. 16) ("Report and Recommendation"), and "Objections to Dkt. No. 16" ("Objections") (Dkt. No. 17).

After a *de novo* review of the file, the Report and Recommendation (Dkt. No. 16) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's Petition (Dkt. No. 1) is **GRANTED in part**, and Respondents' MSJ (Dkt. No. 13) is **DENIED as moot**. Respondents are **ORDERED** to cease applying 8 U.S.C. § 1187 as a basis to detain Petitioner and are **ORDERED** to submit a status update affirming that Respondents have either released Petitioner or detained him only under 8 U.S.C. § 1226(a) by **April 30, 2026, at 5:00 p.m. CST**.

SIGNED this April 16, 2026

_____
Rolando Olvera
United States District Judge

1 / 1