United States District Court
Southern District of Texas
**ENTERED**
July 17, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

NICOLAS JACOB OSORIO TORO,          §
    "Petitioner,"                                   §
                                                      §
                                                      §
v.                                                  §
                                                      §       Civil Action No. 1:25-cv-00313
U.S. DEPARTMENT OF HOMELAND        §
SECURITY, et al.,                                §
    "Respondents."                               §
                                                      §

## ORDER

The Court previously adopted the Magistrate Judge's "Report and Recommendation to Grant Petitioner's Habeas Petition in Part" (Dkt. No. 16) ("Report and Recommendation"). Accordingly, the Court granted Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition") in part, and denied Respondent's "Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (Dkt. No. 13) ("MSJ"). Dkt. No. 18. Respondents were also ordered to cease applying 8 U.S.C. § 1187 as a basis to detain Petitioner and were ordered to submit a status update affirming that Respondents have either released Petitioner or detained him only under 8 U.S.C. § 1226(a). Dkt. No. 18.

Because that report has been filed, Dkt. No. 20, the Clerk of the Court is hereby **ORDERED** to close this case.

    SIGNED this July 17, 2026

                                         _____
                                         Rolando Olvera
                                         United States District Judge

1 / 1